UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Larry Lamont Ledford,<br><br>                Plaintiff,<br><br>vs.<br><br>Dallas Austin, et al.,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:09-cv-3237-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of defendants' motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 11th day of May, 2011.

                                            JAMES N. HATTEN
                                            CLERK OF COURT


                                        By:  s/Cynthia Mercado
                                                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  May 11, 2011
James N. Hatten
Clerk of Court

By: s/Cynthia Mercado
      Deputy Clerk